UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLIVER LINDSAY,

        Plaintiff,        CASE NUMBER: 15-CV-13449-DT

v.        HON. ROBERT H. CLELAND

CITY OF JACKSON TRANSPORATION
AUTHORITY,

        Defendant.
_____/

**ORDER OF DISMISSAL FOR LACK OF PROGRESS**

Upon review of the pleadings as filed in this matter, and notice to Plaintiff;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 22, 2016, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522